**[J-62-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JODI LUKENS GRIFFIS, KRISTEN BONO, AMYLYNN CUNNINGHAM, AND ANDREA ROOP, | : | No. 64 MAP 2021 |
| | : | |
| | : | Appeal from the Order of |
| | : | Commonwealth Court at No. 207 |
| Appellants | : | MD 2021 dated August 10, 2021. |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FRANCIS J. BERNHARDT III, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                        **DECIDED: September 30, 2021**

    **AND NOW,** this 30th day of September, 2021, the Order of the Commonwealth Court is hereby **AFFIRMED**.